[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

ORDERED.

Dated: 8/27/19

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  
Linda H. Bramell

Case No.
8:14-bk-12023-CPM
Chapter 13

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration without a hearing on the Motion for Payment of Unclaimed Funds (Document No. 44) (the "Motion"). The Motion was filed on August 20, 2019, by Dilks & Knopik, LLC, successor in interest to Linda H. Bramell. Having verified that the sum of $ 7,917.00 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States Treasury, for payment of the sum of $ 7,917.00 to:

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065-9216

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.

Original to Financial Administrator